**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| UNITED SUPPLIERS, INC. ) | |
| ) | Civil Action No. 14-376 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SO-IL SERVICE, INC. ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL, WITHOUT PREJUDICE, OF CLAIMS AGAINST DEFENDANT, SO-IL SERVICE, INC.**

Plaintiff, United Suppliers, Inc., and Defendant, SO-IL Service, Inc., hereby stipulate and agree that the Court may dismiss, without prejudice, all pending claims against Plaintiff and Defendant, each party to pay its own costs and attorney fees. In addition, Plaintiff and Defendant further stipulate and agree that, notwithstanding the dismissal of claims, the Court shall retain jurisdiction for all purposes necessary for or incidental to the enforcement of a written Settlement Agreement entered into between Plaintiff and Defendant. In support of this stipulation, the parties agree as follows:

1.  Plaintiff and Defendant have resolved their differences with respect to the matters asserted in Plaintiff's Complaint for Infringement of U.S. Trademark Reg. No. 3,673,019 in the above-captioned matter.

2.  In accordance with the resolution of this matter between Plaintiff and Defendant, the parties request a dismissal without prejudice.

3. Notwithstanding the dismissal, the Court shall retain jurisdiction for all purposes necessary for or incidental to the enforcement of a written Settlement Agreement entered into between Plaintiff and Defendant.

WHEREFORE, the parties hereby request the Court dismiss without prejudice all pending claims against the parties with each party to bear its own attorney fees and costs.

Respectfully submitted,

By: /s/Timothy J. Zarley
Timothy J. Zarley
Iowa Bar No. 15785
ZARLEY LAW FIRM, P.L.C.
Capital Square
400 Locust, Suite 200
Des Moines, IA 50309-2350
Telephone: (515) 558-0200
Facsimile: (515) 558-7790
E-mail: tzarley@zarleylaw.com
**Attorney For Plaintiff**
**United Suppliers, Inc.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 12, 2015 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Ross Drath
125 S. Wacker Dr.
Suite 1700
Chicago, IL 60606
E-mail:  rdrath@davismcgrath.com

                                  /s/Timothy J. Zarley
                                  Timothy J. Zarley